STATE of Missouri, Respondent,

v.

Richard A. OVERSTREET, Appellant.

No. WD 60595.

Missouri Court of Appeals,
Western District.

May 27, 2003.

Richard E. McFadin, Gallatin, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Evan J. Buchheim Assistant Attorney General, Jefferson City, MO, for Respondent.

Before HOWARD, P.J.,
LOWENSTEIN and HARDWICK, JJ.

## ORDER

PER CURIAM.

Richard A. Overstreet, appealed from his conviction after a jury trial of driving while revoked and sentence of five years imprisonment. Because the evidence was sufficient to prove that Overstreet drove

---

2. It must be noted, however, that an appellate court may, in its discretion, refuse to exercise plain error review. Rule 30.20.

on a revoked license, the judgment of the trial court is affirmed. Rule 30.25(b).